NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3302

KURT CHADWELL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

OFFICE OF PERSONNEL MANAGEMENT,

Intervenor.

Petition for review of the Merit Systems Protection Board
in DA300A080567-I-1.

O R D E R

Upon consideration of Kurt Chadwell's unopposed motion for a 60-day extension

of time, until March 29, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 5 2010

/s/ Jan Horbaly

Date

Jan Horbaly
Clerk

cc: Paul B. Eaglin, Esq.
Stephanie Conley, Esq.
Michael N. O'Connell, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK